**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2159**

CAROLINA LANDMARK REALTY, LLC,

    Plaintiff - Appellee,

 and

WARREN SLOAN GOFORTH,

    Third Party Defendant - Appellee,

  v.

VINCENT LINEBERGER,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:23-cv-00139-KDB-DCK)

Submitted:  February 22, 2024        Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vincent Lineberger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Lineberger appeals the district court's order remanding the action for lack of subject matter jurisdiction to the state court pursuant to 28 U.S.C. § 1331.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Carolina Landmark Realty, LLC v. Lineberger*, No. 5:23-cv-00139-KDB-DCK (W.D.N.C. Oct. 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Because Lineberger also sought to invoke 28 U.S.C. § 1443 in removing this action to federal court, we may review the district court's remand order. See 28 U.S.C. § 1447(d).

2